UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


LEROY                                                                CIVIL ACTION

VERSUS                                                               NO. 06-10833

LORETTA WHYTE, ET AL.                                                SECTION "A"(4)


## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and

Recommendation of the United States Magistrate Judge, and Plaintiff's objections to the Magistrate

Judge's Report and Recommendation, hereby approves the Report and Recommendation of the

United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that the claims filed by the plaintiff, LeRoy a/k/a Derek McSmith, against

Loretta Whyte, Clerk of Court for the Untied States District Court for the Eastern District of

Louisiana, and the United States of America, are **DISMISSED WITH PREJUDICE** as frivolous

and otherwise for failure to state a claim for which relief can be granted pursuant to Title 28 U.S.C. §

1915(e).

April 1, 2008


UNITED STATES DISTRICT JUDGE